IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY S. STAHLEY,

         CIVIL DIVISION

 Plaintiff

         No. 2:11-cv-01199 GLL

vs.

         **Jury Trial Demanded**

HIGHLAND HOUSE, INC.,

 Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 Pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced Parties, by and through their counsel of record, hereby Stipulate to the Dismissal of this lawsuit. Kindly mark this case VOLUNTARILY DISMISSED.

         ROBB LEONARD MULVIHILL LLLP

/s/ William G. Cohen        /s/ Matthew F. Dolfi
William G. Cohen, Esquire      Matthew F. Dolfi, Esquire
*Attorney for Plaintiff*        *Attorney for Highland House*

SO ORDERED, THIS 29 DAY OF MAY, 2012.

_____, C.J.
HON. GARY L. LANCASTER,
CHIEF UNITED STATES DISTRICT JUDGE

{R0301947.1}