IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY S. STAHLEY,

    Plaintiff

vs.

HIGHLAND HOUSE, INC.,

    Defendant.

CIVIL DIVISION

No. 2:11-cv-01199 GLL

**Jury Trial Demanded**

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced Parties, by and through their counsel of record, hereby Stipulate to the Dismissal of this lawsuit. Kindly mark this case VOLUNTARILY DISMISSED.

ROBB LEONARD MULVIHILL LLLP

/s/ William G. Cohen
William G. Cohen, Esquire
*Attorney for Plaintiff*

/s/ Matthew F. Dolfi
Matthew F. Dolfi, Esquire
*Attorney for Highland House*

SO ORDERED, THIS 29th DAY OF MAY, 2012.

_____, C.J.
HON. GARY L. LANCASTER,
CHIEF UNITED STATES DISTRICT JUDGE

{R0301947.1}